# UNITED STATES DISTRICT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| FABIOLA SOFTAS,<br><br>     Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC.,<br>EQUIFAX, INC., EXPERIAN<br>INFORMATION SOLUTIONS, INC.<br>and TRUIST BANK,<br><br>     Defendants. | Case No.: 8:25-cv-00240 |

## NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION, LLC.

**NOTICE IS HEREBY GIVEN** that Plaintiff, FABIOLA SOFTAS ("Plaintiff"), and Defendant, TRANS UNION, LLC. ("TU"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal as to TU once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

Please be advised that this settlement does not affect Plaintiff's claims or rights as they pertain to Defendants, EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC. and TRUIST BANK.

Date: 2/24/2025

                                        BY: *s/ Jason S. Weiss*
                                                      Jason S. Weiss
                                                      Jason@jswlawyer.com
                                                      Florida Bar No. 0356890
                                                      **WEISS LAW GROUP, P.A.**
                                                      5531 N. University Drive, Suite 103
                                                      Coral Springs, FL 33067
                                                      Tel: (954) 573-2800
                                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on February 24, 2025, I served the foregoing Notice of Settlement using the CM/ECF system, which will provide an auto generated notice to all counsel of record.

                                                      BY: *s/ Jason S. Weiss*
                                                        Jason S. Weiss