# UNITED STATES DISTRICT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FABIOLA SOFTAS,

    Plaintiff,

v.

TRANS UNION, LLC.,
EQUIFAX, INC., EXPERIAN
INFORMATION SOLUTIONS, INC.
and TRUIST BANK,

    Defendants.

Case No.: 8:25-cv-00240-VMC-AAS

## NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TRUIST BANK ONLY

Plaintiff, FABIOLA SOFTAS ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal without Prejudice of Defendant, TRUIST BANK ("Defendant") **ONLY**, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. Defendant shall be dismissed from the action without Prejudice with each party bearing her/their own attorneys' fees and costs.

Dated: _____3/14/2025_____

                                             *s/ Jason S. Weiss*
                                             Jason@jswlawyer.com
                                             Florida Bar No.: 0356890
                                             **WEISS LAW GROUP, P.A.**
                                             5531 N. University Drive
                                             Suite 103
                                             Coral Springs, FL 33067
                                             Tel: (954) 573-2800
                                             ***Attorneys for Plaintiff, FABIOLA SOFTAS***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

                                         BY: *s/ Jason S. Weiss*
                                                Jason S. Weiss