UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FABIOLA SOFTAS,

    Plaintiff,

v.

TRANS UNION, LLC.,
EQUIFAX, INC., EXPERIAN
INFORMATION SOLUTIONS, INC.
and TRUIST BANK,

    Defendants.

Case No.: 8:25-cv-00240-VMC-AAS

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX, INC.

**NOTICE IS HEREBY GIVEN** that Plaintiff, FABIOLA SOFTAS ("Plaintiff"), and remaining Defendant, EQUIFAX, INC. ("EQUIFAX"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal as to EQUIFAX once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

Date: 5/7/2025

    BY: _s/ Jason S. Weiss_
          Jason S. Weiss
          Jason@jswlawyer.com
          Florida Bar No. 0356890
          **WEISS LAW GROUP, P.A.**
          5531 N. University Drive, Suite 103
          Coral Springs, FL 33067
          Tel: (954) 573-2800
          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on May 7, 2025, I served the foregoing Notice of Settlement using the CM/ECF system, which will provide an auto generated notice to all counsel of record.

BY: *s/ Jason S. Weiss*
Jason S. Weiss