# UNITED STATES DISTRICT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| FABIOLA SOFTAS,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC.,<br>EQUIFAX, INC., EXPERIAN<br>INFORMATION SOLUTIONS, INC.<br>and TRUIST BANK,<br><br>    Defendants. | Case No.: 8:25-cv-00240-VMC-AAS |

### STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS, EQUIFAX, INC. AND EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, FABIOLA SOFTAS ("Plaintiff"), and Defendants, EQUIFAX, INC. ("Equifax"), EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), and TRUIST BANK, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their respective undersigned counsels, hereby stipulate that Equifax and Experian be dismissed from this case **with Prejudice**, with each party to bear her/its own fees, costs, and disbursements.

Dated: _____5/14/2025_____

| | |
|---|---|
| *s/ Jason S. Weiss* <br> Jason@jswlawyer.com <br> Florida Bar No.: 0356890 <br> **WEISS LAW GROUP, P.A.** <br> 5531 N. University Drive <br> Suite 103 <br> Coral Springs, FL 33067 <br> Tel: (954) 573-2800 <br> ***Attorneys for Plaintiff Fabiola Softas*** | *s/ Jason Daniel Joffe* <br> Jason Daniel Joffe <br> Florida Bar No. 0013564 <br> **SQUIRE PATTON BOGGS (US) LLP** <br> 200 S. Biscayne Blvd. <br> Suite 4700 <br> Miami, FL 33131 <br> Telephone: (305) 577-7000 <br> Facsimile: (305) 577-7001 <br> jason.joffe@squirepb.com <br> ***Attorneys for Defendant Equifax, Inc.*** |
| *s/ Maria Helena Ruiz* <br> Maria Helena Ruiz <br> **Kasowitz Benson Torres LLP - Miami** <br> 1441 Brickell Ave, Suite 1420 <br> Miami, FL 33131-3426 <br> 786-587-1044 <br> 305-675-2601 <br> Email: mruiz@kasowitz.com <br> ***Attorneys for Defendant Experian Information Solutions, Inc.*** | *s/ Sara Lauren Solano* <br> Sara Lauren Solano <br> Burr & Forman LLP <br> 200 E. Broward Boulevard <br> Suite 1020 <br> Fort Lauderdale, FL 33301 <br> (954) 414-6200 <br> Fax: (954) 414-6201 <br> ssolano@burr.com <br><br> David Alan Elliott <br> Burr & Forman, LLP <br> 420 N 20th St Ste 3400 <br> Birmingham, AL 35203-5210 <br> (205) 251-3000 <br> Fax: (205) 458-5100 <br> delliott@burr.com <br> ***Attorneys for Defendant Truist Bank*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

BY: *s/ Jason S. Weiss*
　　Jason S. Weiss